

May 1, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2023
```

Honorable Judge Mary Kay Vyskocil
United States' District Court Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   <u>United States v. Mircea Dan Sovu (22-cr-417- MKV)</u>

*Filed via Electronic Case Filing (ECF)*

Dear Judge Vyskocil,

My firm represents Mr. Mircea Dan Sovu in the above-referenced case number. Currently, Mr. Sovu is in custody at the Metropolitan Detention Center (MDC) in Brooklyn, NY.

The government has tendered discovery in this case, which is governed by a protective order, and thus, unavailable to Mr. Sovu in MDC. However, I am free to allow Mr. Sovu to view and listen to the discovery files that are protected, but it must be done in my presence.

I am seeking an order that will allow me to bring my Apple MacBook Pro (laptop), into the MDC, to allow Mr. Sovu to listen to the audio files and review the protected files that the Defendant is not allowed to take possession of in MDC.

Thank you for your attention to this matter.

Regards,

*Jeff Greco*

Jeff Greco

**The request is DENIED. Defense counsel is instructed to contact the Legal Department at MDC for instructions and/or authorizations. SO ORDERED.**

Date: 5/1/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge