```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MIRCEA-DAN SOVU,

        Defendant.

22-cr-417 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a joint letter requesting an adjournment of the status conference scheduled for June 6, 2023. [ECF No. 26.] The request to adjourn is GRANTED. The June 6, 2023 status conference is ADJOURNED to June 29, 2023 at 11:00 AM.

    On the application of the Government, it is HEREBY ORDERED that, in the interest of justice, all time from today to June 29, 2023 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that it will allow time for the Defendant to consider the Government's plea offer. The Defendant consents to the exclusion of time. [ECF No. 26.]

**SO ORDERED.**

**Date:  June 5, 2023**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**