USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MIRCEA-DAN SOVU,

               Defendant.

22-cr-417 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court will hold a change of plea hearing on June 29, 2023 at 11:00 AM.

**SO ORDERED.**

**Date:  June 20, 2023**
      **New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**