```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MIRCEA-DAN SOVU,

Defendant.

22-cr-417 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The change of plea hearing previously scheduled for June 29, 2023 at 11:00 AM is ADJOURNED to July 27, 2023 at 2:00 PM.

On the application of the Defendant, it is HEREBY ORDERED that, in the interest of justice, all time from today to July 27, 2023 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that it will allow time for the parties to prepare for the change of plea hearing. The Defendant consents to the exclusion of time. [ECF No. 31.]

The Clerk of Court is respectfully requested to terminate ECF Nos. 30 and 31.

**SO ORDERED.**

**Date: June 30, 2023**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**