```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MIRCEA-DAN SOVU,

                Defendant.

22-cr-417 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The change of plea hearing previously scheduled for July 27, 2023 at 2:00 PM is ADJOURNED to August 8, 2023 at 11:00 AM.

On the application of the Government, it is HEREBY ORDERED that, in the interest of justice, all time from today to August 8, 2023 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that it will allow time for the parties to prepare for the change of plea hearing. The Defendant consents to the exclusion of time. [ECF No. 33.]

**SO ORDERED.**

Date:  July 25, 2023
         New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**