UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

MIRCEA-DAN SOVU,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED:   11/28/23 |

CONSENT PRELIMINARY ORDER
OF FORFEITURE/
<u>MONEY JUDGMENT</u>

22 Cr. 417 (MKV)

WHEREAS, on or about August 2, 2022, MIRCEA-DAN SOVU (the "Defendant"), was charged in a seven-count Indictment, 22 Cr. 417 (MKV) (the "Indictment"), with, *inter alia*, conspiracy to commit mail, wire and bank fraud affecting a financial institution in violation of Title 18, United States code, Section 1349 (Count Six);

WHEREAS, the Indictment included a forfeiture allegation as to Count Six of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any and all property, constituting or derived from, proceeds obtained directly or indirectly, as a result of the commission of the offenses charged in Count Six  representing the amount of proceeds traceable to the commission of the offenses charged in Count Six of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Count Six of the Indictment

WHEREAS, on or about June 29, 2023, the Defendant pled guilty to Count Six of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Six of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A); a sum of

money equal to $29,280 in United States currency, representing proceeds traceable to the commission of the offenses charged in Count Six of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $29,280 in United States currency representing the amount of proceeds traceable to the offenses charged in Count Six of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Count Six of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys, Elizabeth Daniels, Danielle M. Kuda, and Samuel P. Rothschild of counsel, and the Defendant, MIRCEA-DAN SOVU, and his counsel, Jeff Greco, Esq., that:

1.      As a result of the offenses charged in Count Six of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $29,280 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Count Six of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, MIRCEA-DAN SOVU, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States

Department of Treasury and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.      Upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, and pursuant to Title 21, United States Code, Section 853, the United States Department of Treasury, or its designee shall be authorized to deposit the payment on the Money Judgment into the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.     The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.


AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York


By:     _____/s/_____          06/13/2023____
        ELIZABETH DANIELS                      DATE
        DANIELLE M. KUDLA
        SAMUEL P. ROTHSCHILD
        Assistant United States Attorneys
        One St. Andrew's Plaza
        New York, NY 10007
        (212) 637-2955/2304/2504


MIRCEA-DAN SOVU

By:     _____          6/14/23
        MIRCEA-DAN SOVU                    DATE


By:     _____          6/14/23
        JEFF GRECO, Esq.                   DATE
        Attorney for Defendant
        757 3rd Avenue. Suite 20th Floor
        New York, NY 10017
        jeff@gnlaw.nyc


SO ORDERED:

_____          11/28/23
HONORABLE MARY KAY VYSKOCIL        DATE
UNITED STATES DISTRICT JUDGE