UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

- against -

MIRCEA-DAN SOVU,

Defendant.

------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/23
```

ORDER OF JUDICIAL REMOVAL

22 CR 417 (MKV)

Upon the application of the United States of America, by Lisa Daniels, Assistant United States Attorney, Southern District of New York, Danielle Kudla, Assistant United States Attorney, Southern District of New York, Samuel Rothschild, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of MIRCEA-DAN SOVU, and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native and a citizen of Romania.

3. On January 9, 2023, the defendant was paroled into the United States at John F. Kennedy International Airport in Queens, New York.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, under Count Six of the Indictment, charging the defendant with conspiracy to commit mail, wire, and bank fraud

affecting a financial institution, in violation of Title 18, United States Code, Section 1349. Further, in the defendant's plea agreement, he admitted to the forfeiture allegation with respect to Count Six of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), a sum of money equal to $29,280 in United States currency, representing proceeds traceable to the commission of said offense (the "Money Judgment").

5. The maximum sentence for this violation is thirty years' imprisonment.

6. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1182(a)(2)(A)(i)(I), in that he has been convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime); Section 212(a)(7)(B)(i)(II) of the Immigration and Nationality Act, as amended, 8 U.S.C. § 1182(a)(7)(B)(i)(II), as a nonimmigrant who is not in possession of a valid nonimmigrant visa or border crossing identification card at the time of application for admission.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9. The defendant has designated Romania as the country for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Romania.

Dated:     New York, New York
           __11/28/23__, 2023

                                    _Mary Kay Vyskocil_
                                    THE HONORABLE MARY KAY VYSKOCIL
                                    UNITED STATES DISTRICT COURT JUDGE